AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Christopher A. Ambrose | ) |
| *Plaintiff/Petitioner* | ) |
| v. | ) Civil Action No. |
| Bandy X. Lee | ) |
| *Defendant/Respondent* | ) |

MAR 17 2025 PM 12:29
FILED-USDC-CT-NEW HAVEN

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:

I am not employed, as explained immediately below in #3.

My gross pay or wages are:  $ _____0.00_____ , and my take-home pay or wages are:  $ _____0.00_____ per

*(specify pay period)*  _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment    ☐ Yes   ☑ No
(b) Rent payments, interest, or dividends              ☐ Yes   ☑ No
(c) Pension, annuity, or life insurance payments       ☐ Yes   ☑ No
(d) Disability, or worker's compensation payments      ☐ Yes   ☑ No
(e) Gifts, or inheritances                             ☐ Yes   ☑ No
(f) Any other sources                                  ☐ Yes   ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

I have been unemployed for three years and unable to find work, mainly because my ex-wife has waged a vicious, very public online smear campaign against me. She and her associates, including the defendant, have published over 500 articles online accusing me of sexually molesting our three kids, abusing her, producing kiddie porn, stealing marital assets, and other heinous conduct. DCF, the police, the gurdian ad litem, children's therapists, and Yale New Haven Hospital have investigated all allegations and determined them to be baseless. The courts awarded me sole legal and physical custody of our three kids in April 2020; my ex can't have supervised visitation unless she submits to a psych eval and court-monitored therapy, which she's refused. However, if an employer Googles my name, all the abuse allegations appear. I support the kids and myself by invading my modest 401K, already depleted by enormous divorce expenses. My kids and I are on Medicaid (Husky Health). I just learned I am eligible for SNAP. I don't collect social security. My ex has paid no child support; the Support Enforcement Bureau is trying to collect.

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

    4. Amount of money that I have in cash or in a checking or savings account: $ _____ 294.98 .

    5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

I own a 2015 Audi Q5 (bought used); Blue Book value is approximately $4539.
I do not own any stocks, bonds, securities, art, jewelry or anything of value, other than furniture, collectively estimated at $3,000.

    6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Rent $2450/month; utilities approximately $750/month; groceries approximatley $750/month; car insurance $221.37/month; cellphones (4 lines) $132/month; Visa card (outstanding balance $21,954.64) minimim payment $440/month.

    7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

I have sole legal and physical custody of our three children: our younger son, SA, is 14; our older son, Matthew, and daughter, Mia, are 18 but full-time high school students. I provide all their financial support. Their mother is supposed to pay $249/week in child support but is thousands of dollars in arrears and hasn't made a payment since December 2023, when she was already thousands in arrears (the Child Support Enforcement Bureau is involved).

    8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

I have an oustanding Visa card balance of $21,954.64, on which I pay the minimum each month.

    *Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: _____ 03/16/2025 _____

                                                                  *Applicant's signature*

                                                   Christopher Ambrose
                                                            *Printed name*