# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

APR 14 2026 PM 1:31
FILED-USDC-CT-HARTFORD

CHRISTOPHER A. AMBROSE,
*Plaintiff*

v.                                                    Case No.: 3:25-cv-00398-SVN

BANDY X. LEE,
*Defendant*

## PLAINTIFF'S MOTION FOR LEAVE TO FILE PROVISIONALLY UNDER SEAL

*On March 31, 2026, this Court explicitly stated that the materials listed below "may be provisionally filed under seal, to respect Plaintiff's privacy for the time being, until the Court makes a final assessment of the information."* **(ECF No. 50, p. 36)** Pursuant to that order and to Local Rule 5(e) of the District of Connecticut, Plaintiff Christopher A. Ambrose respectfully moves for leave to file the following documents provisionally under seal:

1. **Plaintiff's Notice of Compliance**

2. **Plaintiff's Supplemental Declaration** in support of his Notice of Compliance;

3. **Exhibit A:** Copies of Eyes Above Productions, Inc. banking statements

4. **Exhibit B**: Copies of personal banking statements

5. **Exhibit C:** Summary of Asset Liquidation and Corresponding Bank Deposits

6. **Exhibit D**: Copies of Fidelity Investment statements

7. **Exhibit E**: Copy of residential lease

## BASIS FOR SEALING

In accordance with the Court's March 31, 2026 Order, these documents contain sensitive, non-public financial records and private contractual terms. Furthermore, the filings contain sensitive

information involving Plaintiff's children, whose privacy interests are paramount. Provisional sealing is necessary to protect these significant interests while the Court evaluates Plaintiff's *in forma pauperis* status. Consistent with the Court's directive and the District's redaction policies, Plaintiff has redacted all financial account numbers and Social Security numbers to the final four digits.

Plaintiff further requests that, should the Court determine that continued sealing is no longer required following its resolution of the pending Supplemental Motion to Dismiss (ECF No. 47), the Court provide Plaintiff with **fourteen (14) days' notice** prior to any unsealing. This notice period will allow Plaintiff to file a formal Motion to Seal to protect ongoing privacy and family interests pursuant to Local Rule 5(e).

**CONCLUSION**

For the foregoing reasons, and pursuant to the Court's express authorization, Plaintiff respectfully requests that this Motion for Leave to File Provisionally Under Seal be granted.

Dated: April 14, 2026

Respectfully submitted,

Christopher Ambrose, Plaintiff, *Pro Se*
153 Middle Beach Rd.
Madison, CT 06443
T: 203.505.1889
E: ca0515@aol.com